AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

# UNITED STATES DISTRICT COURT
for the

Southern District of Alabama

| | |
|---|---|
| United States of America<br>v.<br>JAMES JAQUISE ODOM | Case No: 08-00043-001<br>USM No: 100142-003 |
| Date of Original Judgment:<br>Date of Previous Amended Judgment: July 31, 2008<br>*(Use Date of Last Amended Judgment if Any)* | Pro Se<br>*Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __121__ months **is reduced to** __97 months__ .

Except as otherwise provided, all provisions of the judgment dated __July 31, 2008__ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: January 26, 2012

/s/ Callie V. S. Granade
*Judge's signature*

Effective Date: ____
*(if different from order date)*

United States District Judge
*Printed name and title*